**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**In the matter of:**

| | | |
|---|---|---|
| **United States of America** | : | **Case No.:** 2:24-mj-21 |
| v. | : | |
| **Becky Gillespie** | : | **Magistrate Judge:** Vascura |
| **89 Schryver Rd.** | : | |
| **Columbus, Ohio 43207** | : | **UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.   I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and distribution of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Becky Gillespie (**GILLESPIE**) committed the violations listed above.

2.   I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2251, 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

**PROBABLE CAUSE**

3.   On January 4, 2024, Homeland Security Investigations (HSI) initiated an investigation into **GILLESPIE** as a result of information obtained from the Australian Federal Police (AFP), HSI Canaberra, and the South Australian Joint Anti Child exploitation Team (SA JACET),

regarding individuals utilizing the popular social media platform, Snapchat, as a means to produce and distribute child sexual abuse material (CSAM).

4. The investigation revealed that on numerous dates throughout December of 2023, the Snapchat username "beckygilles2023" (later identified as **GILLESPIE**) sent approximately three (3) photos and nine (9) videos to the Snapchat username, "travisscott2326." Of the nine (9) videos produced by **GILLESPIE,** approximately three (3) depicted **GILLESPIE** engaging in sex acts or sexually explicit conduct with a prepubescent minor female (hereinafter referred to as MV1). Australian law enforcement further identified the "travisscott2326" Snapchat account user as an individual currently under investigation for numerous child-sex offenses and informed your affiant that "travisscott2326" is known to utilize the display name "Justin" on the popular social media application, Instagram.

5. Communications between "travissott2326" and **GILLESPIE** were obtained by your affiant during the course of the investigation. During the review of those communications, your affiant observed that "travisscott2326" produced a video of a fully erect adult male penis being manually stimulated by what appears to be an adult male's hand and distributed the video to **GILLESPIE**. The individual utilizing the Snapchat "travisscott2326" account also utilized screen recording software to capture the videos, images, written, and audio communications sent by **GILLESPIE**. Your affiant was able to identify that screen recording software was being utilized due to an icon that appeared in the recordings that were captured. Additionally, a video file "2147483648_210283" (approximately 0:24 in length) was sent by **GILLESPIE** with an accompanying voice recording of **GILLESPIE** stating, "I'm going to start teaching her how to eat my pussy next, so I can get my pussy fucked, and licked, and fingered." The video file containing the voice recording depicted a heavy-set Caucasian female, now known to be **GILLESPIE,** performing oral sex on MV1.

6. In addition, your affiant has reviewed additional files **GILLESPIE** sent to "travisscott2326" that he screen recorded.
   a. One video depicts the lascivious display of a female prepubescent minor's genitals, as she is seen lying on a bed with the upper part of her torso concealed by blankets. During the video, an additional video can be seen on the display from the recipient, depicting an adult male's erect penis being manually stimulated by what appears to be an adult male's hand (as noted in paragraph 5).
   b. One video depicts the lascivious display of a female prepubescent minor's genitals, as she is seen lying on a pink blanket with a dark blanket covering her upper torso. Her underwear is observed being pulled down her legs by an adult hand, which is then observed spreading the minor female's labia.
   c. One video depicts an overweight female, approximately mid to late twenties, with brown hair secured in the style of a bun performing cunnilingus on a female prepubescent minor, taken from the left side of the adult female's face. The minor's shirt is visible in this video.
   d. One video depicts an overweight female, approximately mid to late twenties, with brown hair secured in the style of a bun performing cunnilingus on a female prepubescent minor. Approximately halfway through the length of the video file, the video angle changes, suggesting a new video had begun. This additional video depicts

      a female prepubescent minor looking down at a tablet while sitting on a bed. The background of the room is visible in both of these videos.
- e. One video depicts an overweight female, approximately mid to late twenties, with brown hair secured in the style of a bun performing cunnilingus on a female prepubescent female minor.
- f. One video depicts a nude overweight female on what appears to be a bed, face up, with a nude female prepubescent minor simulating intercourse as the minor lays face down on top of the adult female.

7. On January 4, 2024, your affiant submitted an Emergency Disclosure Request to Snapchat Inc. for all identifiable information associated with the Snapchat username "beckygilles2023." The following information was provided in response to that request:

| | |
|---|---|
| Username: | beckygilles2023 |
| Created: | Sun, 24 Sep 2023 22:27:30 UTC |
| Creation IP: | 216.186.161.212 |
| Phone Number: | 16148194986 |
| Display_Name: | BeckyGillespie |
| Birthdate: | 11/10/1995 |
| Last Active: | 12/28/2023, utilizing I.P.: 216.186.161.212 |

8. On January 5, 2024, HSI Special Agents utilized open-source databases to confirm the internet provider for I.P. address, 216.186.161.212 as Breezeline. Special Agents submitted an emergency request to Breezeline for subscriber information assigned to I.P. address 216.186.161.212. Breezeline provided the subscriber's address as 89 Schryver Rd., Columbus, OH 43207.

9. Your affiant also checked law enforcement databases for the address of 89 Schryver Road and learned that a report by Columbus Division of Police from November of 2023 had been generated regarding a telecommunications harassment case. In the report, two individuals were listed as victims, **GILLESPIE,** with a listed address of 89 Schryver Road in Columbus, OH 43207 and another individual, herein after referred to as J.L.L., who was later identified as a family member of MV1.

10. On January 5, 2024, your affiant queried open-source databases and observed the Facebook profile of J.L.L. The Facebook profile of J.L.L contained photos depicting a female minor approximately two to three years of age taken in August of 2022 that matched the physical appearance of the minor depicted in the CSAM disseminated by the Snapchat username "beckygiles2023." The minor in the photos on the Facebook account of J.L.L. were later identified as MV1.

11. On January 5, 2024, law enforcement personnel assigned to the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force obtained an arrest warrant for **GILLESPIE** and a search warrant seeking to seize electronic devices located at 89 Schryver

Rd., Columbus, OH 43207 (hereinafter referred to as the **TARGET ADDRESS**). These warrants were obtained through Franklin County Municipal Court.

12. During the search warrant execution at the **TARGET ADDRESS**, **GILLESPIE** was interviewed by your affiant and Franklin County Sheriff's Department personnel. When asked if **GILLESPIE** had communication with the Snapchat username containing the moniker "travisscott," **GILLESPIE** stated she remembers someone named "Justin" that she would communicate with on Snapchat.

13. To further confirm the identification of MV1 and **GILLESPIE** in the videos sent to "travisscott2326," a room matching the room visible in the background of several of the videos was observed during the execution of the search warrant executed at the **TARGET RESIDENCE.** Additionally, MV1 was present at the residence during the execution of the search warrant and was later determined to match the physical description of the female prepubescent minor observed in the videos listed above. Lastly, when **GILLESPIE** was interviewed by your affiant, **GILLESPIE's** legs and arms were observed to have visible brown hair on them, consistent with the legs observed in one of the videos listed above.

14. Furthermore, your affiant received notification from Franklin County Sheriff's Office Division of Corrections that **GILLESPIE** had signed a witness statement on January 6, 2024, at approximately 08:26 p.m., requesting protective custody status. **GILLESPIE** made the following statement "I want PC because the girls are telling me that there going to beat my head in and kill me because what I did to [MV1]."

15. Based upon the foregoing, your affiant submits that there is probable cause to believe that **GILLESPIE** has committed the violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor and distribution of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Subscribed and sworn to before me on: 1/12/2024                Respectfully submitted,

_____                             _____
Honorable Chelsey M. Vascura                                Sara Sellers
United States Magistrate Judge                              Special Agent
United States District Court                                Homeland Security Investigations
Southern District of Ohio